||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTATORS INC., | CASE NO. 2:24-cv-01273-LK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| TROJAN WARRIOR TRUCKING INC., | |
| Defendant. | |

This matter comes before the Court sua sponte. The Court denied Plaintiff's first motion for default because it failed to indicate that the individual Plaintiff served was authorized to receive service or explain how service complied with Federal Rule of Civil Procedure 4. Dkt. No. 8 at 3–4. That order stated that if Plaintiff "renews its motion, it must explain how the service recipient was authorized to accept service, identify under which provision of Federal Rule of Civil Procedure 4 the recipient was served, and cite a specific state statute if service was accomplished under state law." *Id.* at 4.

Inexplicably, Plaintiff's second motion for default and accompanying declaration do not comply with that directive or include such information. Dkt. No. 10 at 1–2. Plaintiff is therefore

ORDER TO SHOW CAUSE - 1

1 | ORDERED TO SHOW CAUSE by April 15, 2025 why it should not be sanctioned for violating
2 | the Court's Order. LCR 11(c).

3     Dated this 1st day of April, 2025.

*Lauren King*

Lauren King
United States District Judge